Robert E. O'CONNOR, et ux.,
petitioners, v. UNITED
STATES. No. 85–558.

Paul H. COPLIN, et ux., petitioners, v.
UNITED STATES. No. 85–559.

Jack R. MATTOX, et ux., petitioners, v.
UNITED STATES. No. 85–560.

Supreme Court of the United States.

Jan. 13, 1986. Petitions for writs of certiorari to the United States Court of Appeals for the Federal Circuit granted. The cases are consolidated and a total of one hour is allotted for oral argument.